Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 SEP -5 PM 3:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /s/ DEPUTY

JORDAN MARASSO, Plaintiff

vs

ASPLUNDH TREE EXPERT COMPANY, and Does 1 through 5, inclusive, Defendants

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 1636 LAB POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JAMES W. JOHNSTON
ATTORNEY AT LAW
3877 TWELFTH STREET
RIVERSIDE, CA 92501

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

SEP 5 2008
DATE

Summons in a Civil Action

Page 1 of 2

:ODMA:PCDOCS:WORDPERFECT:14443:1 May 5, 1999 (11:34am)